In the Matter of The Graves Quinn Corporation, Respondent, v. Alfred C. Kihn, Appellant.

(Submitted April 6, 1931; decided April 14, 1931.)

588

*George Rosendale* for motion.
*Clarence E. Sutherland* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.